# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON WAMBOLD, : | |
|     Plaintiff : | |
| v. : | CIVIL ACTION NO. 3:14-2206 |
| DORINA VARNER, et al., : | (JUDGE MANNION) |
|     Defendants : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The claims against Remaining Defendants Gonzalez and Zimmerly are **DISMISSED** for failure to timely effectuate service.
2. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: January 15, 2019
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2206-01 order.wpd

1